IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BILLY MILLS, JR.**                                                                           **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO.: 1:06CV101-MPM-EMB**

**PAUL HOWELL, JOHN MOSES,**
**JASON WILLIS and JOHN DOE**                                      **DEFENDANTS**

**ORDER**

**BEFORE THE COURT** are Defendant Jason Willis's Motion to Allow Discovery [doc. 25] and Motion to Re-designate Case as Standard Track [doc. 29]. Upon due consideration, the Court finds plaintiff has retained counsel, and this case may now proceed on a standard track. As such, defendant's Motion to re-designate the track of this case is hereby **GRANTED**. However, defendant's motion for discovery is now moot.

**SO ORDERED** this 6th day of December, 2006.

                                                                        **/s/ Eugene M. Bogen**
                                                                        **U. S. MAGISTRATE JUDGE**