**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BILLY MILLS, JR.**                                                                                    **PLAINTIFF**

**V.**                         **NO. 1:06CV101-M-B**

**PAUL HOWELL, et al.**                                              **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 17, 2007, was on that date duly served by electronic mail upon Plaintiff's counsel; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated May17, 2007, is hereby approved and adopted as the opinion of the court;

2) both remaining Defendants are DISMISSED with prejudice; and

3) the case is CLOSED.

THIS the 20th day of June, 2007.

                                                      **/s/ Michael P. Mills**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**
                                                    **NORTHERN DISTRICT OF MISSISSIPPI**